AO 440 (Rev. 10/03) Summons in a Civil Action

# United States District Court
## Northern District of Indiana
## HAMMOND Division

SUMMONS IN A CIVIL CASE

**ELEKTRA ENTERTAINMENT GROUP INC.**, a Delaware corporation; **VIRGIN RECORDS AMERICA, INC.**, a California corporation; **MOTOWN RECORD COMPANY, L.P.**, a California limited partnership; **SONY BMG MUSIC ENTERTAINMENT**, a Delaware general partnership; and **BMG MUSIC**, a New York general partnership,

CASE NUMBER: 2:07cv61

v.

Deon Jones

TO:

Deon Jones
3270 Denise Drive Apt 304
Portage, IN 46368-5024

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

James Dimos    #11178-49
Joel E. Tragesser   #21414-29
LOCKE REYNOLDS LLP
201 N. Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN. 46244-0961

Telephone: (317) 237-3800
Fax:       (317) 237-3900

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _[signature]_

(BY) DEPUTY CLERK _[signature]_

DATE 2/27/07

#1144229 v1

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE: 3-6-07

Service of Summons and Complaint was made by me [1]
NAME OF SERVER (PRINT) Victor H. Stewart     TITLE: Process Server

*Check one box below to indicate appropriate method of service.*

☒ Served personally upon the defendant. Place where served: 3720 Denise Drive, Apt #304, Portage IN 46368

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (*specify*): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 03/06/07
Dated

Signature of Server: Victor H. Stewart

Address of Server: 7034 Indianapolis Blvd. Hammond IN 46324

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.